PER CURIAM. Judgment affirmed, with costs. See 103 N. Y. Supp. 463.

KRUSE, J., dissents.

WAKEFIELD et al., Respondents, v. VILLAGE OF THERESA, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by James W. Wakefield and others against the village of Theresa.

PER CURIAM. Motion to dismiss appeal denied, without costs. The remedy of the respondent is to move at Special Term to have the case and exceptions declared abandoned.

WALDICK, Appellant, v. PRUDENTIAL LIFE INS. CO. OF AMERICA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Edward Waldick against the Prudential Life Insurance Company of America and others. No opinion. Order affirmed, with $10 costs and disbursements.

WALSH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Martin T. Walsh against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $50 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for affirming.

WARD et al., Appellants, v. KENNEDY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Martin J. Ward and another against John W. Kennedy and another. D. C. Meyers, for appellants. A. C. Eustace, for respondents. No opinion. Judgment and order (51 Misc. Rep. 422, 101 N. Y. Supp. 524) affirmed, with costs. Order filed.

WARD, Appellant, v. NEW YORK & E. R. FERRY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Edward J. Ward against the New York & East River Ferry Company. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

WARRICK, Respondent, v. LYONS NAT. BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Clara B. Warrick against the Lyons National Bank.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

WATERFORD ELECTRIC LIGHT, HEAT & POWER CO., Appellant, v. REED et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by the Waterford Electric Light, Heat & Power Company against Kate E. Reed and others.

PER CURIAM. Order affirmed, with costs. See 47 Misc. Rep. 406, 94 N. Y. Supp. 551.

COCHRANE, J., not sitting.

WEIDENMANN, Respondent, v. BISSELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Adolph Weidenmann against Chas. H. Bissell. No opinion. Judgment and order affirmed, with costs.

WEINSTEIN v. SINGER MFG. CO. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Sofi Weinstein against the Singer Manufacturing Company. No opinion. Motion granted. Order filed.

WENDEL, Respondent, v. WENDEL et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. October 25, 1907.) Actions by Georgiana G. R. Wendel, individually, etc., against John G. Wendel and others. G. F. Warren, for appellants. A. Thain, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

WEXLER, Appellant, v. YUDIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Adolf Wexler against Samuel Yudin. No opinion. Judgment of the Municipal Court affirmed, with costs.

WHITAKER, Respondent, v. KILBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by J. K. Whitaker against A. E. Kilby and others. No opinion. Order (106 N. Y. Supp. 511) affirmed, without costs.

In re WHITE. (Supreme Court, Appellate Division, Third Department. November 21, 1907.) In the matter of the application of Patrick F. White for leave to open and examine the contents of the boxes and envelopes of ballots of the four election districts of the Eighth Ward of the city of Albany used at the general election held on the 5th day of November, 1907.

PER CURIAM. Order modified by striking out all thereof after the words "at their respective places of residence," and inserting in lieu thereof, "and that upon such examination the custodian of such boxes may separate and inclose in unsealed envelope or envelopes such ballots therefrom as said petitioner or said Patrick H. McDonald may desire, or claim to be void or marked for identification; that such envelopes may be marked by such custodian as either party may desire, but that the ballots